UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAKER,<br><br>        Plaintiff,<br><br>  v.<br><br>ZIPLINE INTERNATIONAL INC., YOLO LAND & CATTLE CO., YOLO COUNTY, AND DOES 1-2,<br><br>        Defendants. | Case No. 2:25-cv-01063-DC-CKD (PS)<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT** |

317207810v.1

# [PROPOSED] ORDER

Considering the *Ex Parte* Application to Extend Time To Respond To The Initial Complaint ("Application") filed by Defendants Zipline International Inc., Yolo Land and Cattle Company, a California Limited Partnership, and County of Yolo (collectively, "Defendants"), the Court **GRANTS** Defendants' Application and **ORDERS** that Defendants' responsive pleading deadline is extended twenty-eight (28) days from April 16, 2025 to May 14, 2025.

**IT IS SO ORDERED.**

Dated: April 14, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, bake.1063.25

317207810v.1