UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZIPLINE INTERNATIONAL INC., et al.,<br><br>　　　　　Defendants. | No.  2:25-cv-01063-DC-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 14, 21, 22, 30) |

On June 26, 2025, the magistrate judge filed findings and recommendations (ECF No. 30), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 30) are ADOPTED IN FULL;
2. Plaintiff's motion to remand (ECF No. 14) is DENIED;
3. Defendants Zipline International Inc. and Yolo Land and Cattle Co.'s motion to dismiss (ECF No. 21) is GRANTED, with leave to amend;

1

4. Defendant Yolo County's motion to dismiss (ECF No. 22) is GRANTED, with leave to amend;

5. Plaintiff may file an amended complaint within thirty (30) days. The amended complaint must comply with the requirements of the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint"; and

6. Plaintiff's failure to file an amended complaint in accordance with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **August 11, 2025**

Dena Coggins
United States District Judge

2