UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAKER, | No. 2:25-cv-01063-DC-CKD PS |
| Plaintiff, | |
| v. | FINDINGS & RECOMMENDATIONS |
| ZIPLINE INTERNATIONAL INC., et al., | |
| Defendants. | |

Plaintiff filed a pro se civil complaint and this matter was referred to the undersigned by Local Rule 302(c)(21) pursuant to 28 U.S.C. § 636(b). The undersigned issued findings and recommendations on June 26, 2025 (ECF No. 30), recommending that plaintiff's motion to remand (ECF No. 14) be denied, defendants Yolo Land & Cattle Co. and Zipline International Co.'s motion to dismiss be granted (ECF No. 21), and defendant Yolo County's motion to dismiss be granted (ECF No. 22). The undersigned allowed plaintiff to file an amended complaint within thirty (30) days of the issuance of an order adopting the findings and recommendations. (ECF No. 30 at 16.) Plaintiff was warned that failure to file an amended complaint in accordance with the order would result in a recommendation that the action be dismissed. (Id.) On August 11, 2025, the District Judge adopted the findings and recommendations and allowed plaintiff to file an amended complaint within thirty (30) days. (ECF No. 31.) Plaintiff was again warned that failure to file an amended complaint in accordance with the order could result in a

1

1  recommendation that the action be dismissed. (Id. at 2.) The time granted for plaintiff to file an
2  amended complaint has expired. Plaintiff has neither filed an amended complaint nor sought an
3  extension of time to do so.

4      In recommending this action be dismissed for failure to prosecute, the court has
5  considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to
6  manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring
7  disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v.
8  Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot
9  move forward without plaintiff's participation, the court finds the factors weigh in favor of
10 dismissal.

11     In accordance with the above, IT IS HEREBY RECOMMENDED as follows:

12     1. This action be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b); and

13     2. The Clerk of the Court be directed to close this case.

14     These findings and recommendations are submitted to the United States District Judge
15 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days
16 after being served with these findings and recommendations, plaintiff may file written objections
17 with the court and serve a copy on all parties. Such a document should be captioned "Objections
18 to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file
19 objections within the specified time may waive the right to appeal the District Court's order.
20 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

21 Dated: October 2, 2025

                                               CAROLYN K. DELANEY
                                               UNITED STATES MAGISTRATE JUDGE

5, bake.1063.25